SELMA K. ANDERSON, Appellant, v. ALPHONSE A. SHELARE and Others, Defendants, Impleaded with FRANK A. ZUNINO, JR., as Ancillary Executor, etc., of JOHN HENRY BROWN, Deceased, Respondent.— Order granting motion of defendant-respondent to dismiss the amended and supplemental complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

GEORGE I. GALITZKA and WILLIAM JASIE, Respondents, v. J. CLARENCE DAVIES, INC., Appellant.— Plaintiff Galitzka, a real estate broker, and plaintiff Jasie, an attorney and assignee of a part of the broker's claim, sued to recover commissions in the sum of $10,000, pursuant to an agreement of employment, for procuring a tenant for defendant of certain premises in the borough of Bronx. The first trial of the case resulted in a disagreement of the jury. By stipulation between the attorneys for the parties, a jury trial was then waived and the case was submitted to the court at Trial Term and the testimony given at the first trial was read into the record. No witnesses were heard on the second trial. Judgment entered on a verdict directed by the court in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

9 WEST 88TH STREET CORPORATION and CITY BANK FARMERS TRUST COMPANY, Appellants, v. THE CITY OF NEW YORK, Respondent.—Action to recover damages alleged to have been caused to certain property on the northwest corner of West Eighty-eighth street and Central Park West by the negligence of defendant in the construction and maintenance of certain nearby pipes, drains and sewers. The complaint was dismissed as to plaintiff City Bank Farmers Trust Company by order October 18, 1933. Judgment dismissing the complaint as to plaintiff 9 West Eighty-eighth Street Corporation, at the end of said plaintiff's case unanimously affirmed, with costs. Appeal from order entered October 18, 1933, dismissed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. WILLIAM BEERS CROWELL, Appellant, Impleaded with Others.—Action to foreclose a first mortgage on premises 682 Broadway, New York city. Judgment entered on a decision in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM WOLFE, Appellant.— Judgment convicting defendant of violating a city ordinance of the city of New York, article 2, section 4, subdivision 15, of the Building Zone Resolution, as amended June 28, 1935, by parking more than five automobiles in a business district, to wit, ninety automobiles, affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse.